```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04054
   MARK A LIPSCOMB
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

           Debtor
  SSN XXX-XX-5135


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was not confirmed.

     The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
US BANK                    SECURED VEHIC     9259.00            .00             .00
US BANK                    UNSECURED        10316.60            .00             .00
FSTR RMS RET               NOTICE ONLY     NOT FILED            .00             .00
AETNA                      UNSECURED       NOT FILED            .00             .00
AMERICASH                  UNSECURED       NOT FILED            .00             .00
AMERICASH LOANS LLC        UNSECURED       NOT FILED            .00             .00
AMERICAN LOANS             UNSECURED          260.25            .00             .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED            .00             .00
PORTFOLIO ACQUISITIONS     UNSECURED       NOT FILED            .00             .00
BANK ONE NATL BKCY DEPT    UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          170.73            .00             .00
CARSON PIRIE SCOTT         NOTICE ONLY     NOT FILED            .00             .00
CERTERGY PAYMENT RECOVER   UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          435.93            .00             .00
CITY OF BLUE ISLAND        UNSECURED          250.00            .00             .00
CITY OF CHICAGO PARKING    UNSECURED         6790.00            .00             .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY     NOT FILED            .00             .00
DIVERSIFIED EMERGENCY SE   UNSECURED       NOT FILED            .00             .00
PREMIER BANKCARD           UNSECURED          414.01            .00             .00
ILLINOIS DEPT OF EMP SEC   UNSECURED       NOT FILED            .00             .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED            .00             .00
AMERICASH LOANS LLC        UNSECURED         1718.68            .00             .00
JEWEL FOOD STORES          UNSECURED       NOT FILED            .00             .00
JEWEL FOOD STORES INC      NOTICE ONLY     NOT FILED            .00             .00
JEWEL FOOD STORES          UNSECURED       NOT FILED            .00             .00
JEWEL FINER FOOD STORE     NOTICE ONLY     NOT FILED            .00             .00
JEWEL FOOD STORES          UNSECURED       NOT FILED            .00             .00
TRS SERVICES               UNSECURED       NOT FILED            .00             .00
KMART RECOVERY SERVICES    UNSECURED       NOT FILED            .00             .00
AMERICAS RECOVERY NETWOR   NOTICE ONLY     NOT FILED            .00             .00
KURT J KOLAR               UNSECURED       NOT FILED            .00             .00
MAO & LEE MEDICAL ASSOCI   UNSECURED       NOT FILED            .00             .00
METROPOLITAN COLLECTION    NOTICE ONLY     NOT FILED            .00             .00
MEPCO INSURANCE PREMIUM    UNSECURED       NOT FILED            .00             .00
MERCY HOSPITAL & MEDICAL   UNSECURED       NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 04054 MARK A LIPSCOMB
```

```
NATIONWIDE CREDIT & COLL NOTICE ONLY    NOT FILED              .00           .00
NATIONAL QUICK CASH      UNSECURED      NOT FILED              .00           .00
NATIONAL QUICK CASH      NOTICE ONLY    NOT FILED              .00           .00
NATIONAL REVENUE CORP    UNSECURED      NOT FILED              .00           .00
NATIONWIDE COMMERCIAL LP UNSECURED      NOT FILED              .00           .00
NATIONWIDE ACCEPTANCE CO UNSECURED       1938.33               .00           .00
NORTHWAY FINANCIAL CORP  UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORE        UNSECURED        669.48               .00           .00
QC FINANCIAL SERVICES IN UNSECURED      NOT FILED              .00           .00
ST MARY OF NAZARETH      UNSECURED      NOT FILED              .00           .00
ST MARY OF NAZARATH      NOTICE ONLY    NOT FILED              .00           .00
SUN CASH/UPTOWN CASH     UNSECURED      NOT FILED              .00           .00
THE PAYDAY LOAN STORE    UNSECURED      NOT FILED              .00           .00
THE PAYDAY LOAN STORE    UNSECURED      NOT FILED              .00           .00
UNITED CASH LOAN         UNSECURED      NOT FILED              .00           .00
VILLAGE OF HILLSIDE      UNSECURED      NOT FILED              .00           .00
WALGREENS                UNSECURED      NOT FILED              .00           .00
CONTROL                  NOTICE ONLY    NOT FILED              .00           .00
WASHU PARTNERS-WESTERN L UNSECURED      NOT FILED              .00           .00
TIMOTHY K LIOU           REIMBURSEMENT      9.20               .00           .00
TIMOTHY K LIOU           DEBTOR ATTY    3,000.00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00
```

        Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                        ---------------       ---------------
TOTALS                       .00                        .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 07 B 04054 MARK A LIPSCOMB